FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.

★ JAN  2 3 2012 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

Plaintiff,

-against-

FRED A. WILLIAMS, JR, *a/k/a Fred
Williams, a/k/a Fred Allen Williams, Jr.*,

Defendant.

-------------------------------------------------------------------X

**ORDER & FINAL
JUDGMENT**

**11-CV-3593 (NGG) (RLM)**

NICHOLAS G. GARAUFIS, United States District Judge.

On January 18, 2012, the court issued a Memorandum and Order in the above-captioned

student loan debt enforcement action brought by Plaintiff, the United States of America, against

Defendant Fred A. Williams ("Williams"). (Mem. & Order (Docket Entry # 7).)  The court

granted default judgment against Williams, and referred Plaintiff's motion for damages to

Magistrate Judge Roanne L. Mann for a Report & Recommendation. (Id. at 3-4.)  The court now

withdraws the referral to Judge Mann and awards Plaintiff damages as follows.

According to the Certificate of Indebtedness, as of May 31, 2011, Williams owed

$7,046.00 in principal obligations and $4,721.46 in interest, with interest accruing on the

principal at a rate of $1.59 per day. (Mot. for Def. J. (Docket Entry # 6) at Ex. A; see also

Affirmation of Amount Due (Docket Entry # 4-1) (calculating amount due as of October 6,

2011).)  Between May 31, 2011 and today, January 19, 2012, an additional $370.47 in interest

has accrued.  Plaintiff has also filed proof of $385.00 in costs. (See Affirmation of Amount Due

¶ 6 and Attachment.)  Therefore, as of January 19, 2012, the United States is entitled to

$7,046.00 in principal obligations, $5,091.93 in interest, and $385.00 in costs, for a total of

$12,522.93. The United States is also entitled to post-judgment interest under 28 U.S.C. § 1961.

The Clerk of Court is directed to enter judgment and close this case.

SO ORDERED.

s/Nicholas G. Garaufis

Dated: Brooklyn, New York
     January 19, 2012

NICHOLAS G. GARAUFIS
United States District Judge

2