UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
UNITED STATES OF AMERICA,

Plaintiff,

-against-

FRED A. WILLIAMS, JR, *a/k/a Fred Williams*, *a/k/a Fred Allen Williams, Jr.*,

Defendant.
----------------------------------------------------------------X

**ORDER & FINAL JUDGMENT**

**11-CV-3593 (NGG) (RLM)**

NICHOLAS G. GARAUFIS, United States District Judge.

On January 18, 2012, the court issued a Memorandum and Order in the above-captioned student loan debt enforcement action brought by Plaintiff, the United States of America, against Defendant Fred A. Williams ("Williams"). (Mem. & Order (Docket Entry # 7).) The court granted default judgment against Williams, and referred Plaintiff's motion for damages to Magistrate Judge Roanne L. Mann for a Report & Recommendation. (Id. at 3-4.) The court now withdraws the referral to Judge Mann and awards Plaintiff damages as follows.

According to the Certificate of Indebtedness, as of May 31, 2011, Williams owed $7,046.00 in principal obligations and $4,721.46 in interest, with interest accruing on the principal at a rate of $1.59 per day. (Mot. for Def. J. (Docket Entry # 6) at Ex. A; see also Affirmation of Amount Due (Docket Entry # 4-1) (calculating amount due as of October 6, 2011).) Between May 31, 2011 and today, January 19, 2012, an additional $370.47 in interest has accrued. Plaintiff has also filed proof of $385.00 in costs. (See Affirmation of Amount Due ¶ 6 and Attachment.) Therefore, as of January 19, 2012, the United States is entitled to $7,046.00 in principal obligations, $5,091.93 in interest, and $385.00 in costs, for a total of

1

$12,522.93. The United States is also entitled to post-judgment interest under 28 U.S.C. § 1961.

The Clerk of Court is directed to enter judgment and close this case.

SO ORDERED.

s/Nicholas G. Garaufis

Dated: Brooklyn, New York
      January 19, 2012

NICHOLAS G. GARAUFIS
United States District Judge